684 A.2d 539

Sarita SCHAPIRO, Respondent,

v.

Paul SCHAPIRO, Petitioner.

No. 188 E.D. MISC. 1996.

Supreme Court of Pennsylvania.

Oct. 25, 1996.

## ORDER

PER CURIAM.

AND NOW, this 25th day of October, 1996, petitioner's Emergency Application for Extraordinary Relief Pursuant to Rule 3309 for Emergency Supersedeas Stay is DENIED.

Madame Justice NEWMAN did not participate in the consideration or decision of this matter.